UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE GOODBAR,<br><br>        Plaintiff,<br><br>   vs.<br><br>PALDARA, et al.,<br><br>        Defendants. | **1:21-cv-01811-GSA-PC**<br><br>**ORDER REQUIRING PLAINTIFF TO USE THE ADDRESS WHERE HE RESIDES AS HIS ADDRESS-OF-RECORD AT THE COURT**<br><br>**ORDER FOR PLAINTIFF TO FILE NOTICE OF CHANGE OF ADDRESS WITHIN THIRTY DAYS**<br><br>**ORDER DIRECTING CLERK TO MAIL CHANGE-OF-ADDRESS FORM AND COPY OF THIS ORDER TO PLAINTIFF AT TWO ADDRESSES** |

**I.  BACKGROUND**

Robbie Goodbar ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on December 17, 2021, at the Sacramento division of the U.S. District Court for the Eastern District of California. (ECF No. 1.) On December 27, 2021, the case was transferred to the Fresno division of the Court. (ECF No. 3.)

On the face of his First Amended Complaint, filed on May 19, 2022, Plaintiff indicates that he is incarcerated at the California Health Care Facility in Stockton. California. (ECF No.

16.) However, on the same date -- May 19, 2022 -- Plaintiff filed a notice of change of address to a different address: 42520 Moraga Rd., Temecula, California  92591.  (ECF No. 17.)  The Clerk of Court changed Plaintiff's address of record to the address in Temecula.  However, CDCR records show that Plaintiff remains incarcerated at the California Health Care Facility in Stockton, California.

**II.     CHANGE OF ADDRESS TO ADDRESS OTHER THAN ACTUAL ADDRESS**

In the event that Plaintiff intends to retain his status as a *pro se* litigant and continue representing himself, he may not change his address of record at the court to an address where he does not reside.  There is no Federal Rule of Civil Procedure or Local Rule allowing service of court and other legal documents at an address other than a *pro se* litigant's actual address.  Local Rules 131, 182(f), and 183(b) require *pro se* litigants to inform the court of their addresses and to keep the court informed of any change in their addresses.  There is no authority for the proposition that a *pro se* litigant may simply request the court to serve him at a different address.

There may be special circumstances in which the court could serve a *pro se* litigant at a separate address.  However, no such special circumstances are apparent here.  Moreover, service at a location other than Plaintiff's place of residence can pose significant problems with ensuring that Plaintiff receives all court documents, meets court deadlines, and prepares and signs all of his own legal documentation as a party proceeding in *pro se*.

There is no evidence that Plaintiff was released from custody.  Plaintiff does not offer any evidence or explanation for his legal address change.  Therefore, the Clerk of Court shall be directed to send Plaintiff a change-of-address form.  Plaintiff is required to complete and return the form to the court within thirty days, notifying the court of his address of actual residence.  Plaintiff is cautioned that *pro se* litigants are required to notify the Clerk and all other parties of any change of address, and absent such notice, service of documents at the prior address of the party shall be fully effective.  <u>See</u> Local Rule 182(f).  Moreover, Plaintiff's failure to comply with an order or any Local Rule may be grounds for dismissal of the entire action.  <u>See</u> Local Rule 110.

**III.   CONCLUSION**

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiff is required to use the address where he resides as his address-of-record at the court;

2. The Clerk of Court is DIRECTED to:

    (a)  Mail a copy of this order and a change-of-address form to Plaintiff at both of the following addresses:

    (1)  Robbie Goodbar  
    BK-1790  
    California Health Care Facility  
    P.O. Box 213040  
    Stockton, CA  95213

    and

    (2)  Robbie Goodbarar  
    42520 Moraga Road, #103  
    Temecula, CA  92591

3. Within thirty days of the date of service of this order, Plaintiff is required to file a notice of change of address, notifying the court of his address of <u>actual residence</u>; and

4. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:  **June 13, 2022**                    **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE