UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE GOODBAR,<br><br>            Plaintiff,<br><br>    vs.<br><br>PALDARA, et al.,<br><br>            Defendants. | 1:21-cv-01811-ADA-GSA-PC<br><br>**ORDER STRIKING PLAINTIFF'S OBJECTIONS FOR LACK OF SIGNATURE, WITH LEAVE TO AMEND WITHIN FOURTEEN DAYS**<br><br>**(ECF No. 27.)** |

      Robbie Goodbar ("Plaintiff") is a civil detainee, proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

      On November 29, 2022, the Court issued findings and recommendations, recommending that Plaintiff's motion for preliminary injunctive relief, filed on November 16, 2022, be denied as moot because Plaintiff is no longer in custody at Pleasant Valley State Prison.[1] On December 5, 2022, Plaintiff filed objections to the court's findings and recommendations. (ECF No. 27.) The objections are unsigned. All filings submitted to the court must bear the signature of the

---

[1] On July 13, 2022, in Plaintiff's case 2:22-cv-0006, Plaintiff filed a notice of change of address to Atascadero State Hospital. (Court Record.)

filing party. Local Rule 131; Fed. R. Civ. P. 11(a). Therefore, Plaintiff's objections shall be stricken from the record for lack of signature.

However, Plaintiff shall be granted leave to file amended objections, containing Plaintiff's signature, within fourteen days of the date of service of this order.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's objections, filed on December 5, 2022, are STRICKEN from the record for lack of signature;[2] and

2. Plaintiff is granted fourteen days from the date of service of this order in which to file amended objections to the court's findings and recommendations issued on November 29, 2022, containing Plaintiff's signature.

IT IS SO ORDERED.

   Dated: __**December 29, 2022**__             __**/s/ Gary S. Austin**__
                                                          UNITED STATES MAGISTRATE JUDGE

---

[2] A document which is "stricken" will not be considered by the Court for any purpose. (Informational Order, ECF No. 4 at 2:7-8.)