UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE GOODBAR,<br><br>                Plaintiff,<br><br>    v.<br><br>PALDARA, et al.,<br><br>                Defendants. | No.  1:21-cv-01811-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(ECF Nos. 22, 24) |

       Plaintiff Robbie Goodbar is a civil detainee housed at Atascadero State Hospital.  He is proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

       On October 24, 2022, the Magistrate Judge issued findings and recommendations recommending denial of Plaintiff's September 23, 2022 motion for preliminary injunctive relief. (ECF No. 24.)  Plaintiff had fourteen days to file objections to the findings and recommendations. (*Id.*)  That deadline has passed, and Plaintiff has not filed objections.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

1

Accordingly,

1. The Magistrate Judge's findings and recommendations issued October 24, 2022, (ECF No. 24), are adopted in full; and

2. Plaintiff's motion for preliminary injunctive relief, (ECF No. 22), is denied.

IT IS SO ORDERED.

Dated:   January 9, 2023

UNITED STATES DISTRICT JUDGE