UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE GOODBAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PALDARA, et al.,<br><br>　　　　Defendants. | No. 1:21-cv-01811-ADA-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF AS MOOT<br><br>(ECF Nos. 25, 26) |

Robbie Goodbar ("Plaintiff") is a civil detainee housed at Atascadero State Hospital, proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 29, 2022, findings and recommendations were issued, recommending that Plaintiff's motion for preliminary injunctive relief, filed on November 16, 2022, be denied. (ECF No. 26.) On December 5, 2022, Plaintiff filed objections to the findings and recommendations. (ECF No. 27.) However, the objections were not signed and were stricken from the record on December 29, 2022, with leave to file signed objections within fourteen days. (ECF No. 28.) The fourteen-day deadline expired, and Plaintiff did not file additional objections or otherwise respond to the findings and recommendations.

///

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the Magistrate Judge on November 29, 2022, (ECF No. 26), are ADOPTED IN FULL; and

2. Plaintiff's motion for preliminary injunctive relief, filed on November 16, 2022, (ECF No. 25), is DENIED as moot.

IT IS SO ORDERED.

Dated: February 14, 2023

UNITED STATES DISTRICT JUDGE