# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBBIE GOODBAR,<br><br>  Plaintiff,<br><br>  v.<br><br>PALDARA, *et al.*<br><br>  Defendants. | No. 1:21-cv-01811-KES-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 39) |

Plaintiff Robbie Goodbar is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 30, 2025, the assigned magistrate judge screened the second amended complaint and issued findings and recommendations recommending that this action be dismissed for failure to state a cognizable claim upon which relief may be granted. Doc. 39. The magistrate judge also found that further leave to amend was not warranted. *Id.* at 8. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. *Id.* No objections were filed, and the deadline to do so has expired.

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 30, 2025, Doc. 39, are adopted in full;
2. This action is dismissed, with prejudice, for failure to state a cognizable claim upon which relief may be granted; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   December 28, 2025

UNITED STATES DISTRICT JUDGE

2